IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) ) | NO. 3:05-00150<br>NO. 3:07-00053<br>Chief Judge Haynes |
| v. | ) ) | |
| RAFI SHALIZI, | ) ) | |
| Defendant. | ) | |

### ORDER

A revocation hearing is set in this action for **Monday, November 25, 2013 at 4:30 p.m.**

It is so **ORDERED**.

**ENTERED** this the ____ day of November 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court